13341

ALEXANDER v. ALEXANDER

(162 S. E., 437)

468

474

*Messrs. J. B. Atkinson, Bomar & Osborne* for appellant,

*Messrs. F. B. Gary, Jr., J. D. Kerr, Jr.,* and *R. W. Baldwin, Jr.,* for respondent,

February 1, 1932.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BEASE.

It is our opinion that the well-prepared order of his Honor, County Judge Foster, in this case is correct. Accordingly, the exceptions thereto are overruled, and the order is affirmed.

MESSRS. JUSTICES STABLER, CARTER and BONHAM and MR. E. C. DENNIS, Circuit Judge, concur.

MR. JUSTICE COTHRAN did not participate on account of illness.